UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
AUTOMATED TRANSACTIONS                             Docket Number: 12 CV 1977 (SHS)

    -against-                                                          NOTICE OF REASSIGNMENT

SUNOCO
-------------------------------------------------------

The above-entitled action is:

[ X ] Reassigned to the Hon. SIDNEY H. STEIN (SHS)
    ****RELATED TO 09 CV 9669****

[  ] Reassigned Referral to Hon.                                  , Magistrate Judge

[  ] Reassigned Designation to Hon.                               , Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

    Ruby J. Krajick
    Clerk of Court

Dated: 04/10/2012                                    By:   PHYLLIS ADAMIK
    Deputy Clerk