AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| AUTOMATED TRANSACTIONS, LLC | ) |
| *Plaintiff* | ) |
| v. | ) **12 CIV 1977** |
| | ) Civil Action No. |
| SUNOCO INC. | ) |
| *Defendant* | ) **JUDGE NATHAN** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    SUNOCO INC.
    C/O CT CORPORATION
    111 EIGHTH AVNUE
    NEW YORK, NEW YORK 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
                        Tannenbaum Helpern
                Syracuse & Hirschtritt LLP
                    900 Third Avenue
             New York, New York 10022-4775

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RUBY J. KRAJICK**

*CLERK OF COURT*

Date:     **MAR 1 6 2012**

                                 *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AUTOMATED TRANSACTIONS LLC,

          Plaintiff(s),                       Index No. 12 CIV 1977

        -against-                      AFFIDAVIT OF SERVICE

SUNOCO INC.,

          Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                     S.S.:
COUNTY OF NEW YORK)

OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 17th day of May, 2012, at approximately 11:22 am, deponent served a true copy of the Summons in a Civil Action, Complaint, First Amended Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Magistrate Judge Maas, Individual Practices of Judge Sidney H. Stein and Electronic Case Filing Rules & Instructions upon SUNOCO INC. c/o CT Corporation Systems at 111 Eighth Avenue, New York, New York, by personally delivering and leaving the same with Maria Velasco, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

Maria Velasco is a Hispanic female, approximately 36 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 135 pounds with black hair and glasses.


_____
OTIS OSBORNE #870139

Sworn to before me this
18th day of May, 2012


_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014