UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC,<br><br>              *Plaintiff*,<br><br>– vs –<br><br>SUNOCO INC.,<br><br>             *Defendant.* | Case No. 12 Civ. 1977 (AJN)<br><br>ECF CASE |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, but and between the undersigned attorneys for the parties, that the time for defendant to move, answer or otherwise respond to plaintiff's Complaint shall be extended to an including July 9, 2012.

                                                  TANNENBAUM HELPERN SYRACUSE &
                                                  HIRSCHTRITT LLP

Dated: New York, New York
        June 7, 2012

By: _____
     Albert L. Jacobs Jr.
     Gerard F. Diebner
     John Murray

     900 Third Avenue
     New York, New York 10022
     Tel: 212-508-6700

     *Attorneys for Plaintiff*

<table>
<tr><td>Dated: New York, New York<br>June 6, 2012</td><td>SCHWARTZ & THOMASHOWER LLP<br><br>By: _____<br>William Thomashower<br><br>15 Maiden Lane, Suite 705<br>New York, New York 10038<br>Tel: 212-227-4300<br><br>*Attorneys for Defendant*</td></tr>
</table>

**SO ORDERED.**

_____    Dated: _____
            U.S.D.J.