USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTOMATED TRANSACTIONS LLC,

        *Plaintiff,*

– vs –

SUNOCO INC.,

        *Defendant.*

Case No. 12 Civ. 1977 (AJN) (SHS)

ECF CASE

## STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED, but and between the undersigned attorneys for the parties, that the time for defendant to move, answer or otherwise respond to plaintiff's Complaint shall be extended to an including July 9, 2012.

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP

Dated: New York, New York
       June 7, 2012

By: _____
Albert L. Jacobs Jr.
Gerard F. Diebner
John Murray

900 Third Avenue
New York, New York 10022
Tel: 212-508-6700

*Attorneys for Plaintiff*

SCHWARTZ & THOMASHOWER LLP

Dated: New York, New York
   June 6, 2012

By: _____
   William Thomashower

15 Maiden Lane, Suite 705
New York, New York 10038
Tel: 212-227-4300

*Attorneys for Defendant*

**SO ORDERED.**

_____
    U.S.D.J.

Dated: 6/11/12