UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC,<br><br>                *Plaintiff*,<br><br>– vs –<br><br>SUNOCO INC.,<br><br>                *Defendant*. | Case No. 12 Civ. 1977 (SHS)<br><br>ECF CASE |

## RULE 7.1 STATEMENT OF DEFENDANT SUNOCO, INC.

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Sunoco, Inc. (a non-governmental corporate party), certifies that Sunoco, Inc. is a publicly held corporation and that there are no parent corporations or any publicly held corporations owning 10% or more of said defendant's stock.

Dated: New York, New York
       July 9, 2012

                              SCHWARTZ & THOMASHOWER LLP

                              By: s/William Thomashower
                                  William Thomashower

                              15 Maiden Lane, Suite 705
                              New York, New York 10038-5120
                              Tel:  (212) 227-4300
                              Fax:  (212) 227-4311

                              *Attorneys for Defendant and Counterclaim Plaintiff*,
                              SUNOCO, INC.