UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC,<br><br>            *Plaintiff,*<br><br>– vs –<br><br>SUNOCO INC.,<br><br>            *Defendant.* | Case No. 12 Civ. 1977 (SHS)<br><br>ECF CASE |

### NOTICE OF APPEARANCE

To:    The Clerk and all parties of record.

PLEASE TAKE NOTICE that the undersigned counsel hereby appears in this action for defendant Sunoco Inc.

I certify that I am admitted to practice in this Court.

Dated: New York, NY
       July 19, 2012

SCHWARTZ & THOMASHOWER LLP

By: _____
Carla E. Sereny

15 Maiden Lane
Suite 705
New York, NY 10038
Tel. (212) 227-4300
Fax (212) 227-4311

*Attorneys for Defendant*
SUNOCO INC.